## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HARCOL RESEARCH, LLC § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 2:13-cv-715 |
| § | |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| EXCLUSIVE SUPPLEMENTS, INC. § | |
| d/b/a BIORHYTHM § | |
| § | |
| Defendant. § | |

## NOTICE OF READINESS FOR STATUS CONFERENCE

Pursuant to the Court's Standing Order Regarding Readiness for Status Conference, Plaintiff Harcol Research, LLC ("Harcol") hereby notifies the Court that this case is ready for scheduling conference. Defendant Exclusive Supplements, Inc. d/b/a Biorhythm ("BioRhythm") answered Harcol's complaint on October 25, 2013 (Dkt. 7).

### I.  PENDING MOTIONS

There are no pending motions in this case.

### II.  RELATED CASES

All of the following listed related cases involve a single patent, United States Patent No. 5,817,364:

- *Harcol Research, LLC v. Europa Sports Products, Inc. d/b/a Europa Southwest DC;*
  **Civil Action No. 2:13-cv-228 (Lead Case)
  Consolidated with Civil Case Nos.:
  2:13-cv-229
  2:13-cv-230
  2:13-cv-231 (closed)
  2:13-cv-285 (closed)
  2:13-cv-286 (closed)
  2:13-cv-287**

- *Harcol Research, LLC v. Corr-Jensen Labs, Inc.;*
  2:13-cv-301
- *Harcol Research, LLC v. 6S, Inc. d/b/a Bodystrong;*
  2:13-cv-709
- *Harcol Research, LLC v. Bio-Engineered Supplements, and Nutrition, Inc., d/b/a/ BSN;* 2:13-cv-710
- *Harcol Research, LLC v. Black Market Distribution, LLC;*
  2:13-cv-711
- *Harcol Research, LLC v. BNC Nutrition LLC d/b/a PrimaForce;*
  2:13-cv-712 **(closed)**
- *Harcol Research, LLC v. Cytosport, Inc.;*
  2:13-cv-713
- *Harcol Research, LLC v. Evogen, Inc.;*
  2:13-cv-714
- *Harcol Research, LLC v. Force Factor, LLC;*
  2:13-cv-716
- *Harcol Research, LLC v. HBS International Corp.;*
  2:13-cv-717
- *Harcol Research, LLC v. Joe Wells Enterprises, Inc. d/b/a Max Muscle Sports;*
  2:13-cv-718
- *Harcol Research, LLC v. LiveLong Nutrition, LLC;*
  2:13-cv-719
- *Harcol Research, LLC v. Magnum Nutraceuticals, Inc.;*
  2:13-cv-720
- *Harcol Research, LLC v. Muscle Sports Products, LLC d/b/a Muscle Sports International;*
  2:13-cv-721
- *Harcol Research, LLC v. Natrol, Inc. d/b/a MRI and ProLab;*
  2:13-cv-722
- *Harcol Research, LLC v. New Whey Nutrition d/b/a IDS Nutrition;*
  2:13-cv-723 **(closed)**
- *Harcol Research, LLC v. Nitro Sports Supplements, LLC d/b/a John Scott's Nitro;*
  2:13-cv-724
- *Harcol Research, LLC v. Nutrex Research, Inc.;*
  2:13-cv-725
- *Harcol Research, LLC v. Power Performance Products;*
  2:13-cv-726
- *Harcol Research, LLC v. San Nutrition Corp.;*
  2:13-cv-727
- *Harcol Research, LLC v. Science Defined Nutrition, Inc.;*
  2:13-cv-728
- *Harcol Research, LLC v. Scivation, Inc.;*
  2:13-cv-729 **(closed)**

- *Harcol Research, LLC v. Ultimate Nutrition, Inc.;*
  2:13-cv-730
- *Harcol Research, LLC v. Universal Nutrition, Inc.;*
  2:13-cv-731

### III. DATES OF MARKMAN HEARING/TRIAL IN RELATED CASES

Civil Action No. 2:13-cv-228 is set for *Markman* hearing on July 15, 2014 at 9:00 a.m. (Notice by Court Resetting); Pretrial Conference on February 17, 2015 at 9:00 a.m.; and Trial on March 2, 2015 (Dkt. 45).

Dated:  October 28, 2013                             Respectfully Submitted,

By:  /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
**THE DAVIS FIRM, PC**
111 West Tyler Street
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
Email:  bdavis@bdavisfirm.com

**ATTORNEY FOR PLAINTIFF
HARCOL RESEARCH, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 28th day of October, 2013.

/s/ William E. Davis, III
William E.  Davis, III